JS-6

PAUL LEVIN (State Bar No. 229077)
DANA J. CLAUSEN (State Bar No. 223212)
ANDREW P. BAEZA (State Bar No. 263392)
**MORTGAGE RECOVERY LAW GROUP LLP**
700 NORTH BRAND BOULEVARD, SUITE 830
GLENDALE, CA 91203
TELEPHONE (818) 630-7900
EMAIL: paul.levin@mortgagerecoveries.com;
         dana.clausen@mortgagerecoveries.com
         andrew.baeza@mortgagerecoveries.com

**Attorneys for Plaintiff**
**Federal Deposit Insurance Corporation**
**as Receiver for IndyMac Bank, F.S.B.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANKLIN FIRST FINANCIAL, LTD, a New York corporation,<br><br>　　　　Defendant. | Case No.: CV 14-5149-GW(AGRx)<br><br>Hon. George H. Wu<br><br>**ORDER** |

# <u>ORDER</u>

1. This action is dismissed with prejudice.

2. This Court shall retain jurisdiction to enforce the Settlement Agreement entered into between the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., and Franklin First Financial, Ltd.

IT IS SO ORDERED.

DATED: April 24, 2015    By: _____ /s/ George H. Wu _____
                          GEORGE H. WU,
                          U.S. DISTRICT JUDGE